# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

|                                  |
| -------------------------------- |
|                      Plaintiff,  |

vs.

Jesus Reyes-Castro

|                                  |
| -------------------------------- |
|                      Defendant.  |

Case No. 21-cr-00914-TWR

JUDGMENT OF DISMISSAL

FILED

SEP 2 8 2021

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1-4 - 21:952,960 - Importation of Methamphetamine, Heroin, Cocaine and Fentanyl

Dated:  9/24/21

Hon. Jill L. Burkhardt
United States Magistrate Judge